UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00277-AB |
| v. | INFORMATION |
| RACHEL JEAN POPE, | 18 U.S.C. § 111(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a))**

On or about June 24, 2025, in the District of Oregon, defendant **RACHEL JEAN POPE**, did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer in 18 U.S.C. § 1114, while AV1 was engaged in and on account of the performance of their official duties.

In violation of Title 18, United States Code, Section 111(a), a Class A misdemeanor.

Dated: June 26, 2025.

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

*Kemp L. Strickland*
KEMP L. STRICKLAND
Assistant United States Attorney