**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00277-AB |
| v. | **SUPERSEDING** |
| **RACHEL JEAN POPE,** | **INFORMATION** |
| Defendant. | 41 C.F.R.§ 102.74.385 |

**THE UNITED STATES ATTORNEY CHARGES:**

**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102.74.385)**

On or about June 24, 2025, in the District of Oregon, the defendant **RACHEL JEAN POPE,** did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals.

In violation of Title 40, United States Code, Section 1315 and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated:  August 5, 2025.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Kemp L. Strickland*
KEMP L. STRICKLAND
Assistant United States Attorney